IRVING LONSTEIN, Respondent, v. ONONDAGA FREIGHT CORPORATION, Appellant.—

Hill, P. J., Bliss, Schenck and Foster, JJ., concur; Crapser, J., dissents and votes to reverse the judgment appealed from and to dismiss the complaint on the ground that the plaintiff is guilty of contributory negligence as a matter of law.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT LINK, Appellant.— Present —
Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.